IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                    Case No. 4:13CR00215-001 KGB

BRANDON GOODIN                                                      DEFENDANT

### ORDER

Defendant Brandon Goodin was ordered to undergo a competency evaluation on October 11, 2013 (Dkt. No. 28) and ordered transported to MDC LOS ANGELES, CA, on October 21, 2013 (Dkt. No. 29). The Court has received communication from that facility advising the Court that Mr. Goodin arrived October 31, 2013, and requesting that the 45-day study begin on that date.

It is therefore ordered that the 45-day study shall begin as of October 31, 2013. The study period will end on December 15, 2013, with the final report being submitted no later than January 6, 2014.

A copy of this order is to be mailed to MDC LOS ANGELES, CA, 535 North Alameda Street, Los Angeles, California, 90012, to the attention of Dr. Lisa Hope, Chief Psychologist.

IT IS SO ORDERED this 22nd day of November, 2013.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE