# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                               Case No. 4:13CR00215-001 KGB

BRANDON GOODIN                                                                          DEFENDANT

## ORDER

Pending before the Court is Brandon Goodin's motion in opposition to psychological report (Dkt. No. 34). The Government filed a response to Mr. Goodin's motion stating that it has no opposition to the motion (Dkt. No. 35).

Mr. Goodin filed a motion for psychiatric evaluation on October 7, 2013 (Dkt. No. 26). The Court granted Mr. Goodin's motion (Dkt. No. 28). On October 21, 2013, the Court directed the United States Marshal to transport Mr. Goodin to MDC LOS ANGELES, CA, for an evaluation under 18 U.S.C. § 4241 and 18 U.S.C. § 4242 (Dkt. No. 29). On December 30, 2013, an evaluation report was filed with the Court by the Warden of MDC LOS ANGELES, CA (Dkt. No. 33). The report does not contain any findings related to Mr. Goodin's sanity at the time of the offense pursuant to 18 U.S. C. § 4242.

It is therefore the order of this Court that Brandon Goodin be further evaluated to complete the report as to findings on sanity at the time of the offense, as previously ordered (Dkt. No. 29). If Mr. Goodin requires transport to a BOP facility for the evaluation, the Court recommends that Mr. Goodin be returned to MDC LOS ANGELES, CA for evaluation by Lesli Johnson, Ph.D. and Lisa Hope, Ph.D., the examiners who completed Mr. Goodin's evaluation under 18 U.S.C. § 4241.

IT IS SO ORDERED this 24th day of January, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE